STEPHEN JONES, PLAINTIFF-RESPONDENT, v. U-DRIVE-IT
COMPANY ET AL., DEFENDANTS-APPELLANTS.

Submitted October term, 1929—Decided May 6, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the appellants, *Perkins & Drewen.*

For the respondent, *I. Faerber Goldenhorn.*

PER CURIAM.

This is an action for the purpose of recovering damages
for malicious prosecution. Respondent has a verdict and
judgment.

It is urged that this judgment should be set aside and re-
versed upon the grounds, generally speaking, because the trial
court erred in refusing to nonsuit and to direct a verdict in
favor of appellant. After verdict appellant had a rule to show
cause why the verdict should not be set aside and urged and
argued as grounds therefor that the verdict was against the
weight of the evidence and excessive. Upon a hearing under
such rule the trial court discharged it. Where it is urged
under such a rule the verdict is against .the weight of the
evidence such insistence is tantamount to an admission that
there was some evidence, although insufficient, to support

the verdict. Under such circumstances a reservation of exceptions to refusal to nonsuit or direct a verdict is unavailing as a ground of appeal. *Catterall* v. *Otis Elevator Co.,* 103 *N. J. L.* 381.

The judgment under review is therefore affirmed, with costs.